**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**CEDRIC MCCULLUM**                                                      **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO. 3:05-CV-546WHB-AGN**

**CHRISTOPHER EPPS, COMMISSIONER**                        **DEFENDANT**

### FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED this the 25th day of January, 2006.

                                               <u>s/William H. Barbour, Jr.</u>
                                               UNITED STATES DISTRICT JUDGE